UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| LUIS ROBERTO DOMINGUEZ-VILLEGAS, | § § § § § | |
| Petitioner, | § § | |
| v. | § § | EP-22-CV-00134-FM |
| KEVIN LANAHAN, El Paso County Deputy Sheriff and ADRIAN ARANDA, United States Deputy Marshal, | § § § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

In accordance with "Order Denying Petition for Writ of Habeas Corpus" [ECF No. 2], entered May 25, 2022, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the above-captioned cause is **DISMISSED WITHOUT PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** this case.

**SIGNED AND ENTERED** this **25th** day of **May 2022**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1